AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baum Redfield T | U.S. Bankruptcy Court (AZ) | 12/31/11 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date ☐ Initial ☒ Annual ☐ Final <br> 5b. ☐ Amended Report | 1/1/11 to 12/31/11 |

**7. Chambers or Office Address**

230 N First Ave
Phoenix AZ 85003

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. SEE ATTACHED | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Redfield T Baum | 12/3/11 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SEE ATTACHED | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Redfield T Baum | 12/21/11 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Redfield T Baum | 13/31/11 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SEE ATTACHED | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

1. Income Gain Codes:       A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000

| Name of Person Reporting | Date of Report |
|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

N/A

| Name of Person Reporting | Date of Report |
|---|---|
| Redfield T Baum | 12/31/11 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Redfield T. Baum          December 31, 2011

I. POSITIONS

    Trustee      Trust #2

    Director  Arizona State University College of Law
    Alumni Association

III. NON-INVESTMENT INCOME

    None

IV. REIMBURSEMENT

    ABI      Las Vegas, Nev., Sept. 7-10, Southwest Regional
            Bankruptcy Program-(Meals, hotel and
            transportation)

    NCBJ     Desert Springs, Ca. April 3-5, mid-year Board
            meeting (meals, hotel and transportation)

            Tampa, Fla., Oct.11-15; annual conference
            (meals, hotel and transportation)

    [NCBJ-National Conference of Bankruptcy Judges; ABI-American
    Bankruptcy Institute]

V. GIFTS

    None

VII. INVESTMENTS AND TRUSTS--income, value, transactions.

| A | B. | C. | D. | |
|---|----|----|----|----|
| Common Stock | amt | type | val. | mthd |
| Amer. Tel & Telg. | D | div | N | T |
| Bank of New York | B | div | L | T |
| Berkshire Hathaway | 0 | | K | T |
| Bristol Meyers Squibb | B | div | L | T |
| Comerica | A | div | K | T |
| Conoco Phillips | B | div | K | T |
| Cognizant | 0 | | J | T |
| Comcast Corp. A | A | div | J | T |
| Citigroup | 0 | | J | T |

| | | | | |
|---|---|---|---|---|
| Insured Bank Program | A | div | K | T |
| Dun Bradstreet | A | div | J | T |
| Eastman Chemical Co | A | div | J | T |
| El Paso Energy Corp | A | div | J | T |
| Exxon Mobil | D | div | O | T |
| Frontier Comm | A | div | J | T |
| Gap | A | div | J | T |
| Gartner Group | O | | J | T |
| General Electric | E | div | O | T |
| Hewlett Packard | A | div | J | T |
| Hospira | A | div | J | T |
| Johnson & Johnson | C | div | L | T |
| LSI | O | | J | T |
| Medco | O | | J | T |
| Merck | B | div | K | T |
| Moodys(S) | A | div | J | T |
| Pfizer | B | div | K | T |
| CenturyLink[fka Quest] | A | div | J | T |
| Royal Dutch | D | div | M | T |
| Schlumberger | A | div | L | T |
| Sempra Energy(S) | A | div | J | T |
| S.W. Gas | A | div | J | T |
| Southwest Airlines(S) | A | div | J | T |
| Three M | A | div | J | T |
| Travelers | A | div | J | T |
| Verigy Ltd | O | | J | T |
| Verizon | C | div | L | T |
| Vodaphone Group | B | div | K | T |
| Windstream | A | div | J | T |
| Zimmer Holdings | A | div | J | T |
| Zweig Total Return | A | div | J | T |


Bank Accounts(Checking)

| | | | | |
|---|---|---|---|---|
| JPMorgan Chase Bank | A | int | J | T |

Phoenix, Az.[name change same account]


Individual Retirement Accounts

Stifel Nicklaus

| | | | | |
|---|---|---|---|---|
| Insured Bank Program | A | div | L | T |

(IRA   common stock):
| | | | | |
|---|---|---|---|---|
| ATT | A | div | J | T |

| | | | | |
|---|---|---|---|---|
| Abbott Lab | A | div | J | T |
| AlcatelLucent | 0 | | J | T |
| Becton Dickinson | A | div | J | T |
| Bemis Co | A | div | J | T |
| Berkshire Hathaway | 0 | | M | T |
| Bristol Meyers Squibb | A | div | J | T |
| Coke | A | div | J | T |
| Emerson Electric | A | div | J | T |
| Diebold | A | div | K | T |
| Hewlett Packard | A | div | K | T |
| Intel | A | div | J | T |
| J.W.Smucker | A | div | J | T |
| Johnson & Johnson | A | div | J | T |
| Merck | A | div | J | T |
| Medco | 0 | | J | T |
| Proctor & Gamble | A | div | K | T |
| Pfizer | A | div | J | T |
| Sanofi Aventis | A | div | J | T |
| UPS | A | div | J | T |

(IRA Mutual Fund):

| | | | | |
|---|---|---|---|---|
| American Cap Fund | A | div | K | T |
| American Mutual Fund | A | div | K | T |
| CapitalWorldFund | A | div | K | T |
| EuroPacificFund | A | div | K | T |
| GrowthFund | A | div | K | T |
| Invest.Co.AmericanFund | A | div | K | T |
| NewPerspect.Fund | A | div | K | T |
| SmallCapWorldFund | A | div | K | T |
| Wash.MutualInvest.Fund | A | div | K | T |

Assets trusts:

Trust #2

| | | | | |
|---|---|---|---|---|
| Comerica stock | C | div | m | T |
| Stifel Nicklaus[Insured Bank Program} | A | div | J | T |

Transactions

A. Stocks & Mutual Fund Sold

|                       | date   | value | gain |
|-----------------------|--------|-------|------|
| Templeton World       | 10/28  | L     | E    |
| MassMutualPart.       | 10/28  | J     | A    |
|                       |        |       |      |
| IncPrime Rate Trust   | 10/28  | J     | A    |


B.   Stocks & Mutual Fund Purchased

[IRA]

| AmericanCapFund         | 10/28  | K |
|-------------------------|--------|---|
| AmericanMutualFund      | 10/28  | K |
| CapitalWorldFund        | 10/28  | K |
| EuroPacificFund         | 10/28  | K |
| GrowthFund              | 10/28/ | K |
| InvestCo.American       | 10/28  | K |
| NewPerspect.Fund        | 10/28  | K |
| SmallCapWorldFud        | 10/28  | K |
| Wash.MutualInvestFund   | 10/28  | K |